**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01673-CMA-CBS

JONATHAN FLINT,
Individually and as surviving spouse of AMY FLINT, deceased,

    Plaintiff,

v.

NAVISTAR, INC.,

    Defendant.

---

**ORDER GRANTING MOTION TO AMEND CAPTION**

---

Plaintiff's Unopposed Motion to Amend Caption (Doc. # 18) is GRANTED. It is ORDERED that the caption in this matter is hereby changed to reflect the name change of the Defendant from "International Truck and Engine Corporation" to "Navistar, Inc.," effective immediately. All subsequent filings in this civil action shall contain the caption set forth above.

    DATED: November  13 , 2008.

                                   BY THE COURT:

                                   _____
                                   CHRISTINE M. ARGUELLO
                                   United States District Judge