IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01673-CMA-CBS

JONATHAN FLINT,
individually and as surviving spouse of AMY FLINT, deceased,

      Plaintiff,

v.

NAVISTAR, INC.,

      Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant Navistar's Motion for Protective Order Regarding the Unigraphics System (doc #50, filed 5/4/2009) is **GRANTED.** The proposed protective order (doc #50-1) is accepted by the court.

      The parties are reminded that they will be required to comply fully with all provisions of D.C.ColoL.CivR.7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    May 6, 2009