## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01673-CMA-CBS

JONATHAN FLINT, individually and as surviving spouse of
AMY FLINT, deceased,

Plaintiff,

v.

NAVISTAR, INC.,

Defendant.

## PROTECTIVE ORDER

THIS MATTER comes before the Court on Defendant Navistar's Motion for Protective Order Regarding the Unigraphics System. Having considered this matter, the law, and being fully advised in the premises, the Court finds that in light of the highly sensitive, proprietary and confidential information contained in the Unigraphics System, Navistar cannot produce the Unigraphics System without substantial harm caused to Navistar.

Therefore, it is Ordered: that Navistar's Unigraphics System shall not be produced to Plaintiff in this matter. Navistar shall, however, make the Unigraphics System available for Plaintiff's inspection at a mutually convenient time at a Navistar facility and pursuant to an agreed upon protocol.

DATED: May 6, 2009                         BY THE COURT:

*s/Craig B. Shaffer*
Magistrate Judge Craig B. Shaffer