**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 08-cv-01673-CMA-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  May 11, 2009** | **Courtroom Deputy:** Cathy Coomes |

JONATHAN FLINT, individually and as surviving        James G. Heckbert
spouse of AMY FLINT, deceased

    **Plaintiffs,**

v.

NAVISTAR, INC.,                                                             Kristin Anderson
                                                                                         Timothy O'Neill

    **Defendant.**

---

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**
**Court in Session:    4:00 p.m.**
Court calls case.  Appearances of counsel by telephone.  Also present by telephone: David Canter.

Discussion regarding Plaintiff's Motion for Leave to File Response and for Reconsideration of Court's Order Granting Defendant's Motion for Protective Order (Doc. #54, filed 5/6/09).

**ORDERED:**  For reasons stated on the record, the Court enters the following:

    1.    Plaintiff's Motion for Leave to File Response and for Reconsideration of Court's Order Granting Defendant's Motion for Protective Order (Doc. #54, filed 5/6/09) is GRANTED.  The Court **vacates and withdraws** its previous Order granting Defendant Navistar's Motion for Protective Order Regarding the Unigraphics System (Doc. #50, filed 5/4/09).

    2.    A Motions Hearing is set for **May 21, 2009, at 3:30 p.m.**  At that hearing, the Court will hear argument on Plaintiff's Motion for the Entry of Default Against the Defendant Navistar, or in the Alternative, to Compel Discovery, for Sanctions, and to Extend Scheduling Order Deadlines **(Doc.#38, filed 4/1/09)**; Plaintiff's Motion to Compel Production of Documents **(Doc. #41, filed 4/7/09)**; and Defendant Navistar's Motion for

        Protective Order Regarding the Unigraphics System **(Doc. #50, filed 5/4/09)**.  Counsel may present evidence in addition to the oral argument.

HEARING CONCLUDED.

**Court in recess:**     **4:11 a.m.**
Total time in court:     00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.