IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01673-CMA-CBS

JONATHAN FLINT,
Individually and as surviving spouse of AMY FLINT, deceased,

    Plaintiff,

v.

NAVISTAR, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    This matter is before the Court on the Stipulation of Dismissal With Prejudice (Doc. # 86).  The Court having considered the stipulation of Dismissal, hereby

    ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

    DATED:  February __01__, 2010

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge